```
 1

 2                      UNITED STATES DISTRICT COURT

 3                     CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION
 4


 5
     UNITED STATES OF AMERICA,      )
 6                                  )
            PLAINTIFF,              )
 7                                  )
            VS.                     )   CASE NO. CR 09-230-SVW
 8                                  )
     JUNIOR PEREZ MENDOZA,          )   LOS ANGELES, CALIFORNIA
 9   AKA GERMAINE PEREZ CUEVAS,     )   APRIL 20, 2009
     ET AL.,                        )
10                                  )   (9:31 A.M. TO 9:37 A.M.)
            DEFENDANTS.             )   (9:50 A.M. TO 9:57 A.M.)
11   _____)

12                      POST-INDICTMENT ARRAIGNMENT

13                 BEFORE THE HONORABLE PAUL L. ABRAMS
                     UNITED STATES MAGISTRATE JUDGE
14


15


16


17   APPEARANCES:             SEE NEXT PAGE

18   COURT REPORTER:          RECORDED; COURT SMART

19   COURTROOM DEPUTY:        TERRY R. BAKER

20   TRANSCRIBER:             DOROTHY BABYKIN
                              COURTHOUSE SERVICES
21                            1218 VALEBROOK PLACE
                              GLENDORA, CALIFORNIA   91740
22                            (626) 963-0566

23


24
     PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:
     FOR THE PLAINTIFF:         THOMAS P. O'BRIEN
 2                              UNITED STATES ATTORNEY
                                BY:  CHRISTINE C. EWELL
 3                              CHIEF, CRIMINAL DIVISION
                                ASSISTANT UNITED STATES ATTORNEY
 4                              BY:  ARIEL A. NEUMAN
                                ASSISTANT UNITED STATES ATTORNEY
 5                              312 NORTH SPRING STREET
                                LOS ANGELES, CALIFORNIA  90012
 6
     FOR DEFENDANT JUNIOR       SEAN K. KENNEDY
 7   PEREZ MENDOZA, AKA         FEDERAL PUBLIC DEFENDER
     GERMAINE PEREZ CUEVAS:     BY:  ALICIA BLANCO
 8                              DEPUTY FEDERAL PUBLIC DEFENDER
                                321 EAST SECOND STREET
 9                              LOS ANGELES, CALIFORNIA  90012
                                (SPECIALLY APPEARING FOR HAYNE YOON.)
10
     FOR DEFENDANTS FREDY       MATTHEW J. LOMBARD
11   LOPEZ SALMORAN AND         ATTORNEY AT LAW
     JUAN LOPEZ GARCIA          316 WEST 2ND STREET
12   HERNANDEZ:                 SUITE 1202
                                LOS ANGELES, CALIFORNIA  90012
13                              (SPECIALLY APPEARING FOR PAUL POTTER
                                 FOR MR. LOPEZ SALMORAN.)
14
     FOR DEFENDANT MENDOZA:     JEFF PRICE
15                              ATTORNEY AT LAW
                                1335 4TH STREET
16                              SANTA MONICA, CALIFORNIA  90401
                                (SPECIALLY APPEARING FOR
17                               JAMES P. COOPER.)

18   FOR DEFENDANT LOPEZ:       JOHN MC NICHOLAS
                                ATTORNEY AT LAW
19                              1415 EAST ELM AVENUE
                                EL SEGUNDO, CALIFORNIA  90245
20
     SPANISH INTERPRETERS:      ROSSY FRANKLIN
21                              F. JAVIER VILLALOBOS

22

23

24

25
```

```
 1                         I N D E X
    CASE NO. CR 09-00230-SVW                    APRIL 20, 2009
 2
    PROCEEDINGS:  POST-INDICTMENT ARRAIGNMENT AND ASSIGNMENT OF
 3                CASE

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   LOS ANGELES, CALIFORNIA; MONDAY, APRIL 20, 2009; 9:31 A.M.
 2              THE CLERK:  ALL RISE AND COME TO ORDER.
 3              THIS UNITED STATES DISTRICT COURT IS NOW IN
 4   SESSION.  THE HONORABLE PAUL L. ABRAMS, UNITED STATES
 5   MAGISTRATE JUDGE, PRESIDING.
 6              THE COURT:  GOOD MORNING.  PLEASE BE SEATED.
 7              I KNOW IT'S WARM IN HERE.  SUPPOSEDLY THE AIR
 8   CONDITIONER IS GOING TO KICK ON AND HOPEFULLY COOL US ALL OFF
 9   IN A FEW MINUTES.
10              ALL RIGHT.  BEFORE I START LET ME JUST MAKE SURE
11   THAT ALL THE INTERPRETERS ARE IN PLACE AND READY TO GO.
12              INTERPRETER FRANKLIN:  YES, YOUR HONOR.
13              THE COURT:  ALL RIGHT.  EVERYBODY GOOD, READY TO
14   GO?
15              COLLECTIVELY:  YES, YOUR HONOR.
16              THE COURT:  OKAY.  GREAT.
17              BEFORE I CALL THE CALENDAR THIS MORNING, I WANT TO
18   ADVISE ALL THE DEFENDANTS HERE PRESENT OF THEIR
19   CONSTITUTIONAL AND STATUTORY RIGHTS IN CONNECTION WITH THESE
20   PROCEEDINGS.
21              NOW, YOU'RE HERE BECAUSE YOU'VE BEEN CHARGED -- OH,
22   I'M SORRY -- HOLD ON JUST A SECOND.  IT'S MONDAY.
23              ALL RIGHT.  YOU'RE HERE BECAUSE YOU'VE BEEN CHARGED
24   WITH ONE OR MORE VIOLATIONS OF FEDERAL LAW.  THE CHARGES
25   AGAINST YOU ARE CONTAINED IN AN INDICTMENT OR AN INFORMATION.
```

1  AND A COPY OF THE CHARGES HAS BEEN GIVEN TO YOU OR WILL BE
2  GIVEN TO YOU THIS MORNING.  LATER TODAY YOU'LL BE CALLED UPON
3  TO PLEAD EITHER GUILTY OR NOT GUILTY TO EACH OF THE CHARGES.
4            YOU HAVE THE FOLLOWING CONSTITUTIONAL RIGHTS.
5  PLEASE LISTEN CAREFULLY.
6            YOU'RE ENTITLED TO A SPEEDY AND PUBLIC TRIAL BY
7  JURY OR BY A JUDGE ALONE IF JURY IS WAIVED BY YOU AND BY
8  COUNSEL FOR THE GOVERNMENT.
9            YOU HAVE A RIGHT TO RETAIN AND BE REPRESENTED BY AN
10 ATTORNEY OF YOUR CHOOSING AT ALL STAGES OF THE PROCEEDINGS.
11           IF YOU CAN'T AFFORD AN ATTORNEY, YOU HAVE THE RIGHT
12 TO REQUEST THAT THE COURT APPOINT AN ATTORNEY TO REPRESENT
13 YOU AT THE GOVERNMENT'S EXPENSE.
14           IN THAT EVENT YOU'LL BE REQUIRED TO SUBMIT A
15 FINANCIAL AFFIDAVIT FOR APPROVAL OF THE COURT BEFORE COUNSEL
16 WILL BE APPOINTED.  ANY FALSE OR MISLEADING STATEMENTS IN THE
17 AFFIDAVIT MAY SUBJECT YOU TO FURTHER PROSECUTION FOR
18 VIOLATING FEDERAL LAW.
19           YOU HAVE A RIGHT TO BE PERSONALLY PRESENT AT THIS
20 ARRAIGNMENT AND ALL PROCEEDINGS THAT MAY FOLLOW, INCLUDING
21 WITHOUT LIMITATION. AT THE TIME OF THE PLEA AND EVERY STAGE
22 OF THE TRIAL INCLUDING THE IMPANELMENT OF THE JURY AND THE
23 RETURN OF THE VERDICT.  BUT YOU ARE WARNED THAT YOU MAY BE
24 TRIED IN OR SENTENCED IN ABSENTIA, THAT IS WITHOUT YOU BEING
25 THERE, IF YOU DELIBERATELY ABSENT YOURSELF WITHOUT CAUSE.

1          (PAUSE IN PROCEEDINGS.)

2          THE COURT:  ALL RIGHT.  WE'RE GOOD?  OKAY.  THANK

3   YOU.

4          NOW, YOU'RE ENTITLED TO SEE AND HEAR THE EVIDENCE

5   AND WITNESSES AGAINST YOU AND CROSS-EXAMINE THOSE WITNESSES.

6          YOU'RE ENTITLED TO SUBPOENA WITNESSES AND COMPEL

7   THE PRODUCTION OF OTHER EVIDENCE ON YOUR OWN BEHALF.  AND

8   THIS WILL ALL BE WITHOUT COST TO YOU IF YOU ARE INDIGENT.

9          YOU HAVE A RIGHT TO HAVE THE CONDITIONS OF YOUR

10  RELEASE PENDING TRIAL DETERMINED IN ACCORDANCE WITH THE

11  PROVISIONS OF THE BAIL REFORM ACT OF 1984.

12         IF THE GOVERNMENT SEEKS DETENTION, YOU HAVE THE

13  RIGHT TO A HEARING ON THE FIRST DATE OF YOUR APPEARANCE OR

14  WITHIN THREE TO FIVE DAYS OF YOUR FIRST APPEARANCE IF A

15  CONTINUANCE IS REQUESTED AND GRANTED.

16         IT'S NOT NECESSARY FOR YOU TO PROVE YOUR

17  INNOCENCE.  IT'S THE BURDEN OF THE GOVERNMENT TO PROVE YOUR

18  GUILT BEYOND A REASONABLE DOUBT.

19         YOU HAVE A PRIVILEGE AGAINST SELF-INCRIMINATION,

20  WHICH MEANS THAT YOU HAVE A RIGHT TO REMAIN SILENT.  AND

21  ANYTHING THAT YOU SAY, SIGN OR WRITE THAT TENDS TO

22  INCRIMINATE YOU MAY BE INTRODUCED AGAINST YOU.  YOU MAY

23  REFUSE TO MAKE ANY SUCH STATEMENTS.  A PLEA OF GUILTY WILL

24  INVOLVE A WAIVER OF YOUR PRIVILEGE AGAINST

25  SELF-INCRIMINATION.

1          FOR YOUR PLEA AND ALL FURTHER PROCEEDINGS YOUR CASE
2   WILL BE TRANSFERRED TO A DISTRICT JUDGE OF THIS COURT.  THE
3   PARTICULAR DISTRICT JUDGE FOR YOUR CASE WILL BE SELECTED
4   RANDOMLY BY COMPUTER THIS MORNING AFTER YOU ARE ARRAIGNED.
5   ALL MOTIONS ARE RESERVED AND MUST BE MADE BEFORE THE DISTRICT
6   JUDGE TO WHOM YOUR CASE IS TRANSFERRED.
7          WHERE A PARTICULAR CASE INVOLVES MORE THAN ONE
8   DEFENDANT, ALL DEFENDANTS ARE REQUIRED TO APPEAR BEFORE THE
9   DISTRICT JUDGE TO WHOM THE CASE FIRST IS TRANSFERRED.
10         IF THE DISTRICT JUDGE HAS REQUESTED THAT THE
11  MAGISTRATE JUDGE TAKE A NOT GUILTY PLEA AND YOU'RE PLEADING
12  NOT GUILTY, YOU'LL BE ASKED TO PLEAD FOLLOWING YOUR
13  ARRAIGNMENT AND A TRIAL DATE WILL BE SET.
14         NOW, THE COURT PREVIOUSLY HAS DESIGNATED THE
15  FEDERAL PUBLIC DEFENDER AND MEMBERS OF THE INDIGENT DEFENSE
16  PANEL TO REPRESENT CERTAIN DEFENDANTS THIS MORNING.  THE
17  ATTORNEYS SO DESIGNATED ARE HEREBY APPOINTED IN THE
18  RESPECTIVE CASES TO WHICH THEY HAVE BEEN ASSIGNED.
19         IF PRIVATE COUNSEL IS APPEARING FOR ANY DEFENDANT
20  FOR WHOM A COURT-APPOINTED ATTORNEY PREVIOUSLY WAS
21  DESIGNATED, PRIVATE COUNSEL SHOULD MAKE HIS OR HER PRESENCE
22  KNOWN AND FILE A PRAECIPE.  THE COURT-APPOINTED ATTORNEY WILL
23  THEN BE RELIEVED FROM REPRESENTATION.
24         WHEN I TRANSFER A CASE TO THE DISTRICT JUDGE OF
25  THIS COURT AND ANNOUNCE THE TIME FOR APPEARANCE, DEFENDANT

1  AND COUNSEL OF RECORD ARE ORDERED TO APPEAR BEFORE THAT JUDGE

2  AT THE TIME I SPECIFY.

3           IF COUNSEL HAVE APPEARANCES THIS MORNING OR

4  AFTERNOON AT THE SAME TIME IN MORE THAN ONE COURT, COUNSEL

5  ARE DIRECTED TO APPEAR FIRST IN THE COURT OF THE DISTRICT

6  JUDGE WHO HAS SENIORITY.  BUT IF COUNSEL ARE DIRECTED TO

7  APPEAR IN TWO OR MORE COURTS AT DIFFERENT TIMES, COUNSEL

8  SHALL FIRST APPEAR BEFORE THE DISTRICT JUDGE WHO HAS FIXED

9  THE EARLIEST HOUR OF CONVENING.

10          IF YOU'RE HERE ON YOUR INITIAL APPEARANCE AND YOU

11 HAVE NOT YET BEEN PROCESSED BY THE UNITED STATES MARSHAL

12 SERVICE, THEN YOU'RE DIRECTED TO APPEAR AND PRESENT YOURSELF

13 AT THE MARSHAL'S OFFICE IMMEDIATELY FOLLOWING YOUR APPEARANCE

14 THIS MORNING.

15          I'LL ASK THE CLERK TO PLEASE CALL TODAY'S CALENDAR.

16          (PROCEEDINGS HEARD IN UNRELATED MATTER.)

17          THE CLERK:  CALLING THE NEXT FIVE DEFENDANTS ON

18 ITEM NUMBER 16, CASE NUMBER CR 09-230(A)-SVW, UNITED STATES

19 OF AMERICA VERSUS FREDY LOPEZ SALMORAN, JUAN LOPEZ GARCIA

20 HERNANDEZ, MARIO LOPEZ, JUNIOR PEREZ MENDOZA, AND LUZ

21 MENDOZA.

22          COUNSEL, STATE YOUR APPEARANCES.

23          MR. NEUMAN:  GOOD MORNING AGAIN, YOUR HONOR.

24          ARIEL NEUMAN FOR THE UNITED STATES.

25          THE COURT:  MR. NEUMAN.

1            MR. LOMBARD:  GOOD MORNING, YOUR HONOR.

2            MATTHEW LOMBARD STANDING IN FOR PAUL POTTER ON

3   BEHALF OF FREDY LOPEZ SALMORAN, WHO'S PRESENT IN CUSTODY

4   BEING ASSISTED BY A SPANISH INTERPRETER.

5            THE COURT:  GOOD MORNING.

6            MS. BLANCO:  GOOD MORNING.

7            ALICIA BLANCO APPEARING FOR HAYNE YOON ON BEHALF OF

8   JUNIOR PEREZ MENDOZA, WHO'S PRESENT.

9            THE COURT:  GOOD MORNING.

10           MR. MC NICHOLAS:  GOOD MORNING, YOUR HONOR.

11           JOHN MC NICHOLAS APPEARING ON BEHALF OF MARIO

12  LOPEZ, WHO IS PRESENT IN CUSTODY AND RELIES ON A SPANISH

13  LANGUAGE INTERPRETER.

14           THE COURT:  GOOD MORNING.

15           MR. PRICE:  GOOD MORNING, YOUR HONOR.

16           JEFF PRICE STANDING IN FOR JAMES COOPER FOR LUZ

17  MENDOZA, WHO'S PRESENT AND NOT USING THE SPANISH LANGUAGE

18  INTERPRETER.

19           THE COURT:  GOOD MORNING.

20           MR. LOMBARD, YOU'RE REPRESENTING MR. GARCIA

21  HERNANDEZ AS WELL?  MR. LOMBARD?

22           MR. LOMBARD:  YES, YOUR HONOR.

23           THE COURT:  YOU HAVE YOUR OWN CLIENT AS WELL?

24           MR. LOMBARD:  YES, YOUR HONOR.

25           THE COURT:  DO YOU WANT TO MAKE THAT APPEARANCE,

```
 1   TOO?
 2              MR. LOMBARD:  THAT WOULD BE WONDERFUL.  IT'S JUAN
 3   LOPEZ, WHO'S NUMBER 8 ON THE INDICTMENT, YOUR HONOR.  JUAN
 4   GARCIA LOPEZ.
 5              THE COURT:  I HAVE NUMBER 11 ON MY CALENDAR, BUT --
 6              MR. LOMBARD:  NUMBER 11, I BELIEVE.
 7              THE COURT:  ALL RIGHT.  THANK YOU.
 8              MR. LOMBARD:  GOOD MORNING, YOUR HONOR.
 9              MATTHEW LOMBARD ON BEHALF OF JUAN LOPEZ, WHO'S
10   PRESENT AND BEING ASSISTED BY A SPANISH INTERPRETER.
11              THANK YOU, YOUR HONOR.
12              THE COURT:  ALL RIGHT.  LET ME ASK OF MR. LOPEZ
13   SALMORAN, DO YOU UNDERSTAND THE SPANISH LANGUAGE
14   INTERPRETATION THAT'S BEING PROVIDED TO YOU?
15              DEFENDANT LOPEZ SALMORAN:  YES.
16              THE COURT:  AND, MR. LOPEZ GARCIA HERNANDEZ, DO YOU
17   UNDERSTAND THE SPANISH --
18              INTERPRETER FRANKLIN:  I'M SORRY, YOUR HONOR.  I
19   CAN'T HEAR BECAUSE PEOPLE ARE -- I'M SORRY, YOUR HONOR, I
20   COULDN'T HEAR.
21              THE COURT:  OKAY.  MR. LOPEZ GARCIA HERNANDEZ, DO
22   YOU UNDERSTAND THE SPANISH LANGUAGE INTERPRETATION THAT'S
23   BEING PROVIDED TO YOU?
24              DEFENDANT GARCIA HERNANDEZ:  YES.
25              THE COURT:  AND, MARIO LOPEZ, DO YOU UNDERSTAND THE
```

```
 1   SPANISH LANGUAGE INTERPRETATION THAT'S BEING PROVIDED TO YOU?
 2              DEFENDANT MARIO LOPEZ:  YES.
 3              THE COURT:  MR. PEREZ MENDOZA, DO YOU UNDERSTAND
 4   THE SPANISH LANGUAGE INTERPRETATION THAT'S BEING PROVIDED TO
 5   YOU?
 6              DEFENDANT PEREZ MENDOZA:  YES.
 7              THE COURT:  OKAY.  LET'S GO AHEAD.
 8              THE CLERK:  IS LUZ MENDOZA YOUR TRUE NAME?
 9              DEFENDANT LUZ MENDOZA:  MY NAME IS LUZ ELAINA
10   PEREZ.
11              THE CLERK:  IS LUZ ELAINA PEREZ YOUR TRUE NAME?
12              DEFENDANT ELAINA PEREZ:  YES.
13              THE CLERK:  DID YOU HEAR AND UNDERSTAND THE
14   STATEMENTS OF THIS COURT PERTAINING TO YOUR RIGHTS AND THE
15   APPOINTMENT OF COUNSEL?
16              DEFENDANT ELAINA PEREZ:  YES.
17              THE CLERK:  DID YOU SEE AND SIGN A STATEMENT OF
18   YOUR RIGHTS?
19              DEFENDANT ELAINA PEREZ:  YES.
20              THE CLERK:  DID YOU RECEIVE A COPY OF THE FIRST
21   SUPERSEDING INDICTMENT?
22              DEFENDANT ELAINA PEREZ:  YES.
23              THE CLERK:  DO YOU WANT THE FIRST SUPERSEDING
24   INDICTMENT READ TO YOU NOW?
25              DEFENDANT ELAINA PEREZ:  NO.
```

```
 1              THE CLERK:  THANK YOU.
 2              IS FREDY LOPEZ SALMORAN YOUR TRUE NAME?
 3              DEFENDANT LOPEZ SALMORAN:  NO.
 4              THE CLERK:  CAN YOU STATE YOUR TRUE NAME, PLEASE.
 5              DEFENDANT SALMORAN LOPEZ:  IT'S FREDY SALMORAN
 6   LOPEZ.
 7              THE CLERK:  IS FREDY SALMORAN LOPEZ YOUR TRUE NAME?
 8              DEFENDANT SALMORAN LOPEZ:  YES.
 9              THE CLERK:  IS JUAN LOPEZ GARCIA HERNANDEZ YOUR
10   TRUE NAME?
11              DEFENDANT GARCIA HERNANDEZ:  JUAN LOPEZ GARCIA NOT
12   HERNANDEZ.
13              THE CLERK:  IS JUAN LOPEZ GARCIA YOUR TRUE NAME?
14              DEFENDANT LOPEZ GARCIA:  YES.
15              THE CLERK:  IS MARIO LOPEZ YOUR TRUE NAME?
16              DEFENDANT MARIO LOPEZ:  MARIO LOPEZ, YES.
17              THE CLERK:  IS JUNIOR PEREZ MENDOZA YOUR TRUE NAME?
18              DEFENDANT PEREZ MENDOZA:  NO.
19              THE CLERK:  CAN YOU STATE YOUR TRUE NAME, PLEASE?
20              DEFENDANT PEREZ CUEVAS:  GERMAINE PEREZ CUEVAS.
21              THE CLERK:  IS GERMAINE PEREZ CUEVAS YOUR TRUE
22   NAME?
23              DEFENDANT PEREZ CUEVAS:  YES.
24              THE CLERK:  DID YOU HEAR AND UNDERSTAND THE
25   STATEMENTS OF THIS COURT PERTAINING TO YOUR RIGHTS AND THE
```

```
 1   APPOINTMENT OF COUNSEL, FREDY SALMORAN LOPEZ?
 2              DEFENDANT SALMORAN LOPEZ:  YES.
 3              THE CLERK:  JUAN LOPEZ GARCIA?
 4              DEFENDANT LOPEZ GARCIA:  YES.
 5              THE CLERK:  MARIO LOPEZ?
 6              DEFENDANT MARIO LOPEZ:  YES.
 7              THE CLERK:  GERMAINE PEREZ CUEVAS?
 8              DEFENDANT PEREZ CUEVAS:  YES.
 9              THE CLERK:  HAS A STATEMENT OF RIGHTS BEEN READ TO
10   YOU IN SPANISH, FREDY SALMORAN LOPEZ?
11              DEFENDANT SALMORAN LOPEZ:  YES.
12              THE CLERK:  JUAN LOPEZ GARCIA?
13              DEFENDANT LOPEZ GARCIA:  YES.
14              THE CLERK:  MARIO LOPEZ?
15              DEFENDANT MARIO LOPEZ:  YES.
16              THE CLERK:  GERMAINE PEREZ CUEVAS?
17              DEFENDANT PEREZ CUEVAS:  YES.
18              THE CLERK:  DID YOU SEE AND SIGN A STATEMENT OF
19   YOUR RIGHTS, FREDY SALMORAN LOPEZ?
20              DEFENDANT SALMORAN LOPEZ:  YES.
21              THE CLERK:  JUAN LOPEZ GARCIA?
22              DEFENDANT LOPEZ GARCIA:  YES.
23              THE CLERK:  MARIO LOPEZ?
24              DEFENDANT MARIO LOPEZ:  YES.
25              THE CLERK:  GERMAINE PEREZ CUEVAS?
```

```
 1              DEFENDANT PEREZ CUEVAS:  YES.
 2              THE CLERK:  DID YOU RECEIVE A COPY OF THE FIRST
 3   SUPERSEDING INDICTMENT, FREDY SALMORAN LOPEZ?
 4              DEFENDANT SALMORAN LOPEZ:  YES.
 5              THE CLERK:  JUAN LOPEZ GARCIA?
 6              DEFENDANT LOPEZ GARCIA:  YES.
 7              THE CLERK:  MARIO LOPEZ?
 8              DEFENDANT MARIO LOPEZ:  YES.
 9              THE CLERK:  GERMAINE PEREZ CUEVAS?
10              DEFENDANT PEREZ CUEVAS:  YES.
11              THE CLERK:  HAS THE FIRST SUPERSEDING INDICTMENT
12   BEEN READ TO YOU IN SPANISH, FREDY SALMORAN LOPEZ?
13              DEFENDANT SALMORAN LOPEZ:  YES.
14              THE CLERK:  JUAN LOPEZ GARCIA?
15              DEFENDANT LOPEZ GARCIA:  YES.
16              THE CLERK:  MARIO LOPEZ?
17              DEFENDANT MARIO LOPEZ:  YES.
18              THE CLERK:  GERMAINE PEREZ CUEVAS?
19              DEFENDANT PEREZ CUEVAS:  YES.
20              THE CLERK:  DO YOU WANT THE FIRST SUPERSEDING
21   INDICTMENT READ TO YOU NOW, FREDY SALMORAN LOPEZ?
22              DEFENDANT SALMORAN LOPEZ:  NO.
23              THE CLERK:  JUAN LOPEZ GARCIA?
24              DEFENDANT LOPEZ GARCIA:  NO.
25              THE CLERK:  MARIO LOPEZ?
```

```
 1              DEFENDANT MARIO LOPEZ:  NO.
 2              THE CLERK:  GERMAINE PEREZ CUEVAS?
 3              DEFENDANT PEREZ CUEVAS:  NO.
 4              THE CLERK:  THANK YOU.
 5              THE COURT:  THE MATTER HAS BEEN PREVIOUSLY ASSIGNED
 6    TO THE CALENDAR OF JUDGE WILSON.  THE TRIAL DATE OF MAY 19,
 7    2009 AT 9:00 A.M. IS TO REMAIN AS PREVIOUSLY SET.
 8              I'D ASK THAT JUDGE WILSON'S DISCOVERY ORDER WILL BE
 9    ISSUED.  AND JUDGE WILSON IS LOCATED IN COURTROOM 6 OF THE
10    SPRING STREET COURT HOUSE.
11              THIS IS GOING TO BE NOT-GUILTY PLEAS AS TO ALL
12    DEFENDANTS?
13              MS. BLANCO:  YES, YOUR HONOR.
14              MR. LOMBARD:  YES, YOUR HONOR.
15              MR. PRICE:  YES, YOUR HONOR.
16              MR. MC NICHOLAS:  YES, YOUR HONOR.
17              THE COURT:  ALL RIGHT.  LET'S TAKE THE PLEAS.
18              THE CLERK:  FREDY SALMORAN LOPEZ, HOW DO YOU PLEAD
19    TO THE CHARGES CONTAINED IN THE FIRST SUPERSEDING INDICTMENT?
20              DEFENDANT SALMORAN LOPEZ:  NOT GUILTY.
21              THE CLERK:  THANK YOU.
22              JUAN LOPEZ GARCIA, HOW DO YOU PLEAD TO THE CHARGES
23    CONTAINED IN THE FIRST SUPERSEDING INDICTMENT?
24              DEFENDANT LOPEZ GARCIA:  NOT GUILTY.
25              THE CLERK:  THANK YOU.
```

```
 1              MARIO LOPEZ, HOW DO YOU PLEAD TO THE CHARGES
 2   CONTAINED IN THE FIRST SUPERSEDING INDICTMENT?
 3              DEFENDANT MARIO LOPEZ:  NOT GUILTY.
 4              THE CLERK:  THANK YOU.
 5              GERMAINE PEREZ CUEVAS, HOW DO YOU PLEAD TO THE
 6   CHARGES CONTAINED IN THE FIRST SUPERSEDING INDICTMENT?
 7              DEFENDANT PEREZ CUEVAS:  NOT GUILTY.
 8              THE CLERK:  THANK YOU.
 9              LUZ ELAINA PEREZ, HOW DO YOU PLEAD TO THE CHARGES
10   CONTAINED IN THE FIRST SUPERSEDING INDICTMENT?
11              DEFENDANT ELAINA PEREZ:  NOT GUILTY.
12              THE CLERK:  THANK YOU.
13              THE COURT:  OKAY.  ANYTHING FURTHER ON BEHALF OF
14   ANY OF COUNSEL FOR THE DEFENDANTS?
15              MS. BLANCO:  NO, YOUR HONOR.
16              MR. LOMBARD:  NO, YOUR HONOR.
17              MR. PRICE:  NO, YOUR HONOR.
18              MR. NICHOLAS:  NO, YOUR HONOR.
19              THE COURT:  AND FOR THE GOVERNMENT?
20              MR. NEUMAN:  NO.  THANK YOU, YOUR HONOR.
21              THE COURT:  THANK YOU VERY MUCH.
22              (ABOVE PROCEEDINGS CONCLUDED 9:57 A.M.)
23
24
25
```

```
 1
 2                      C E R T I F I C A T E
 3
 4        I CERTIFY THAT THE FOREGOING IS A CORRECT
 5   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 6   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 7
 8   DOROTHY BABYKIN                             1/27/10
 9   _____          _____
10   FEDERALLY CERTIFIED TRANSCRIBER             DATED
11   DOROTHY BABYKIN
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```